# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES REGNIER,**

    **Plaintiff,**

-vs-              Case No. 6:09-cv-842-Orl-22KRS

**SUN TROPIC COATINGS, INC. and
RONALD P. WEISS,**

    **Defendants.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 26) filed on April 26, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 17, 2010 (Doc. No. 29) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 26) is GRANTED in part. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3. The Court DECLINES to reserve jurisdiction to enforce the settlement agreement.

4. Counsel for Plaintiff is PROHIBITED from withholding any portion of funds payable to Plaintiff under the settlement agreement pursuant to a retainer agreement or otherwise.

5. Counsel for Plaintiff shall provide a copy of this Court's order to Plaintiff.

6. This case is DISMISSED WITH PREJUDICE.

7. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 2, 2010.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge